

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 28, 2020

By ECF
The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Institute for Autism Science, et al. v. Centers for Disease Control and Prevention*, 19 Civ. 11947 (LL) (S.D.N.Y.)

Dear Judge Liman:

    This Office represents the Centers for Disease Control and Prevention ("CDC") in the above-captioned Freedom of Information Act ("FOIA") case brought by Plaintiffs Institute for Autism Science and Informed Consent Action Network. The Parties write jointly to inform the Court that this matter has been resolved and that they have submitted a signed stipulation for your consideration. *See* Dkt. No. 13. Accordingly, the Parties respectfully request that the Initial Pretrial Conference currently scheduled for March 2, 2020, be adjourned *sine die*.

    I thank the Court for its attention to this matter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:    /s/ Zachary Bannon
    ZACHARY BANNON
    Assistant United States Attorney
    86 Chambers St., 3rd Floor
    New York, NY 10007
    Telephone:   212-637-2728
    Facsimile:   212-637-2717
    E-mail:   Zachary.Bannon@usdoj.gov